Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Melinda A. Sherry, et al.,<br><br>Defendants. | CASE NO. CV 10-1230 OWW SKO<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MELINDA A. SHERRY and STEPHEN R. SHERRY, individually and d/b/a LAKESHORE RESORT |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants MELINDA A. SHERRY and STEPHEN R. SHERRY, individually and d/b/a LAKESHORE RESORT, that the above-entitled action is hereby dismissed **without prejudice** against MELINDA A. SHERRY and STEPHEN R. SHERRY, individually and d/b/a LAKESHORE RESORT.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 19, 2011, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 24, 2011      *s/ Thomas P. Riley*
                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                            By:  Thomas P. Riley
                            Attorneys for Plaintiff
                            JOE HAND PROMOTIONS, INC.


Dated:  August 25, 2011     *s/ Thomas P. Riley*
                            **SOLTMAN, LEVITT,**
                            **FLAHERTY & WATTLES, LLP**
                            By: Philip E. Black
                            Attorneys for Defendants
                            MELINDA A. SHERRY and STEPHEN R. SHERRY,
                            individually and d/b/a LAKESHORE RESORT

IT IS SO ORDERED.

   Dated:   **September 8, 2011**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE